IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: October 26, 2015 |
| Court Reporter:       Gwen Daniel | Probation: Gary Burney |
| | Time: 48 minutes |

_____

| | |
|---|---|
| Criminal Action No.  14-cr-00141-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Mark Barrett |
|         Plaintiff, | |
| v. | |
| MARCUS BLUFORD, | Matthew Belcher |
|         Defendant. | |

_____

# COURTROOM MINUTES
_____

HEARING - SENTENCING

11:00 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Barrett

Sentencing Statement by Mr. Belcher

**ORDERED:  There being no objection to the Government's Motion For Extra Point**
**                     For Acceptance Of Responsibility [46], the Motion is GRANTED.**

1

The Court addresses the Defendant's Motion For Variant Sentence [47].

Argument/Discussion

Defendant's Allocution

**ORDERED:   The Defendant's Motion For Variant Sentence [47] is GRANTED**.

Defendant plead guilty to Count One of the Indictment on July 14, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Marcus Bluford, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 27 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** Special Conditions of Supervised Release:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3. The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating health care provider. The defendant shall cooperate with random blood tests as requested by his treating health care provider and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

4. The defendant shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days to commence immediately upon the release form custody, and he shall observe the rules of that facility. The defendant may be released from the Residential Reentry Center early with the permission of his Probation Officer if he secures a suitable residence.

**ORDERED:** Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's agreement in his Plea Agreement, the defendant shall forfeit to the United States any and all property derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:** The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:** Defendant has no ability to pay a fine, and the fine is waived.
Defendant advised of his right to appeal right to appeal his conviction, as well as the

sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:48 a.m.   Court in Recess
                Hearing concluded